157 A.3d 835

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DONALD GEORGE JOHNSON (A/K/A DONALD
G. JOHNSON), DEFENDANT–PETITIONER.

December 02, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004676–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 835

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TAJ ELLIOTT, DEFENDANT-PETITIONER.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003209–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.